IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DUANE EARL FANNING, III (AIS: 263799), | * * * |
| Plaintiff, | * * |
| vs. | * CIVIL ACTION NO.13-00538-WS-B * |
| COI L. GRAHAM, | * * |
| Defendant. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Fanning's Motion to Proceed Without Prepayment of Fees (Doc. 2) be **DENIED**, that this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that action be counted as a strike for purposes of future IFP eligibility under § 1915(g), in that it is malicious.

**DONE** this 6th day of January, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE